IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA SCHARFENBERG and DENISE ACOSTA,<br><br>  Plaintiffs,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:   CIVIL ACTION FILE<br>:<br>:   NO. 1:12-cv-01702-AT<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFFS, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by:    / s/ Justin T. Holcombe
   Justin T. Holcombe
   Attorney for Plaintiff
   Georgia Bar No. 552100

- 1 -

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com